# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3095
LT Case No. 2011-CF-001491-E
_____

AMBER E. WRIGHT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 Appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

Roseanne Eckert, of The Eckert Law Firm, PLLC, Orlando, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach,
for Appellee.

June 4, 2026


PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and BOATWRIGHT, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————